IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CONWAY LAKES NC, LLC D/B/A
CONWAY LAKES HEALTH AND
REHABILITATION CENTER,

      Appellant,

v.

      Case No. 5D21-2994
      LT Case Nos. DOAH21-1832
AGENCY FOR HEALTH CARE               F1219-0659-001
ADMINISTRATION,

      Appellee.
_____/

Decision filed October 4, 2022

Administrative Appeal from
the Division of Administrative Hearings.

Taylor Huston, Melbourne, for Appellant.

Tracy Lee Cooper George, Chief Appellate
Counsel, and Eugenia Keough Rains,
Assistant General Counsel, of the Agency for
Health Care Administration, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, SASSO and WOZNIAK, JJ., concur.